BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**LEAH K. BOLSTAD, OSB #052039**
Leah.Bolstad@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902
Telephone:  503-727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**MARK LEROY DENCKLAU,<br>EARL DEVERLE FISHER,<br>KENNETH EARL HAUSE,<br>RYAN ANTHONY NEGRINELLI,<br>████████████████ and<br>JOSEPH DUANE FOLKERTS,**<br><br>       **Defendants.** | 3:18-cr-00319-JO<br><br>**BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

The United States of America, by and through Billy J. Williams, United States Attorney for the District of Oregon, and Leah K. Bolstad, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Superseding Indictment, the United States is also seeking forfeiture of the following property:

(1)     Real property located at 2880 Brooks Avenue NE, Salem, Oregon (known as the "Salem Clubhouse") and more fully described as,

Certain real property commonly known as 2880 Brooks Ave. NE, located in the City of Salem, County of Marion, State of Oregon, described as follows:

Beginning at the Southwest corner of Tract 4 in the J.F. McDonald's Fruit Tracts, located in Township 7 South, Range 3 West of the Williamette Meridian, Marion County, Oregon; thence East, along the South line of the said Tract 4 to the West line of the David Presley Donation Land claim No. 60 in said Township and Range; thence North, along the said Westerly line, 75.0 feet; thence West and parallel with the South line of the said Lot; thence South, along the West line of said Lot, 75.0 feet to the place of beginning.

DATED: January 31, 2019.

          Respectfully submitted,

          BILLY J. WILLIAMS
          United States Attorney

          *s/ Leah K. Bolstad*
          LEAH K. BOLSTAD, OSB #052039
          Assistant United States Attorney