IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:18CR00319-03-JO |
|---|---|
| v. | |
| Kenneth Earl Hause | MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT that the defendant's pretrial release conditions, specifically his GPS location monitoring restrictions be modified. The defendant was previously released on Home Confinement and the location restriction should now be as follows:

(X) Curfew. You are restricted to your residence every day ( ) from ____ to ____, or (X) as directed by the supervising officer.

All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS _14th_ day of _Aug_, 2019.

_____
The Honorable Robert E. Jones
Senior U.S. District Judge

Submitted by U.S. Pretrial Services