Todd Bofferding, OSB #883720
Attorney at Law
P.O. Box 539
Hood River, Oregon 97031
541.490.9012
tbofferding@gorge.net

Attorney for Defendant Kenneth Earl Hause


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 3:18-CR-00319-MO-4 |
| | ) | |
| vs. | ) | DEFENDANT'S MOTION TO |
| | ) | CONTINUE TRIAL DATE |
| KENNETH EARL HAUSE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Kenneth Earl Hause, through his attorney, Todd Bofferding,

moves this Court for an Order continuing the currently scheduled trial date of April

13, 201 to a firm date approximately 6 months therefrom.

Defendant is not in custody, and first appeared and was arraigned in Magistrate

Court in this District on January 31, 2019.   Honorable Judge Jones has declared this case

to be complex.  The current trial date is the second trial setting in this case, the first being

April 2, 2019.

Counsel has consulted with attorneys for the defendants and with Assistant United

States Attorneys Leah Bolstad and Steven Mygrant, and they all do not object to this

Motion, with the exception of Defendant #1. Defense counsels seeking a trial continuance are believed to be filing separate motions.

Defendant has been consulted, and he agrees for the need to continue the trial date. Defendant also understands his rights provided by the Speedy Trial Act, and he agrees to waive those rights by this continuance. Defendant understands and agrees that this continuance constitutes excludable delay.

Grounds for this Motion and case description is contained in Defense Counsel's Declaration, filed simultaneously herewith.

The period of delay resulting from the granting of this trial date continuance will be excludable, pursuant to 18 U.S.C. 3161(h)(7)(A),(B)(iv) because the ends of justice will be better served by the granting of the continuance, and a continuance will outweigh the best interests of the public and the defendant in a speedier trial.

RESPECTFULLY SUBMITTED this 21st day of January, 2020.


/s/ Todd Bofferding
Todd Bofferding, OSB #883720
Attorney for Defendant Hause