Todd Bofferding, OSB #883720
Attorney at Law
P.O. Box 539
Hood River, Oregon 97031
541.490.9012
tbofferding@gorge.net

Attorney for Defendant Kenneth Earl Hause

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 3:18-CR-00319-MO-4 |
| vs. | ) | WAIVER OF APPEARANCE |
| KENNETH EARL HAUSE, | ) | |
| Defendant. | ) | |

Defendant Kenneth Earl Hause, by and through his attorney of record, Todd Bofferding, hereby waives his personal appearance at the Status Conference Hearing set for February 4, 2020.

Dated January 30, 2020.

                                                                      */s/ Todd Bofferding*
                                                                       Todd Bofferding, OSB #883720
                                                                       Attorney for Defendant Hause